# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

THERESA MARTIN                                                           PLAINTIFF

V.                         NO. 3:10CV00179 JTR

MICHAEL J. ASTRUE,                                     DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 8th DAY OF June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE